[No. 34178-6-II.   Division Two.   April 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE LEE LABARBERA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05813-4, Ronald E. Culpepper, J., entered December 9, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 34207-3-II.   Division Two.   April 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY L. CRENSHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02245-2, D. Gary Steiner, J., entered December 9, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Van Deren, J.

[Nos. 34422-0-II; 34427-1-II.   Division Two.   April 17, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. E.P.-H. ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 05-8-00438-2, James J. Stonier, J., entered February 14, 2006. *Dismissed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Van Deren, J.

[No. 34496-3-II.   Division Two.   April 17, 2007.]

RICHARD BURKE, *Appellant*, v. TYEE YACHT CLUB, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-2-03679-5, Leonard W. Costello, J., entered February 7, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.